# EXHIBIT A



**STATE OF DELAWARE
EXECUTIVE DEPARTMENT
OFFICE OF MANAGEMENT AND BUDGET**

May 17, 2017

Melissa L. Clemon
1189 Marl Pit Road
Middletown, DE  19709-8971

Employee ID: 172490

Dear Mrs. Clemon:

Your application for a disability pension effective March 11, 2017 has been reviewed and granted by the Executive Secretary to the Board of Pensions Trustees.

If you disagree with the decision, you have the right to appeal. I am enclosing a copy of the Hearing Procedures as adopted by the Board of Pension Trustees.

Barring any unforeseen circumstances that could delay your pension, your pension file is scheduled to be processed on the **May 2017** Payroll. The first pension check will be direct deposited on the last business day of the month in which it is processed, retroactive to your effective date.

To increase efficiency within the Office of Pensions and for the security of our pensioners, your pension payment information will be available on our secure self-service website. This system is available 24 hours a day, 7 days a week from any computer with internet access. Further information on accessing the secure self-service system to obtain payment information will be provided prior to your initial payment.

**The final lag pay must be reported to our office by your Human Resources/Payroll office prior to any pension calculations.**

If you enrolled in benefit coverage(s) with the Office of Pensions, new insurance cards will be forthcoming indicating the Office of Pensions group number. The required premiums for the enrolled benefit insurance(s) will be deducted from your monthly pension benefit, retroactive to the effective date of pension.



**OFFICE OF PENSIONS**
860 SILVER LAKE BLVD., SUITE 1 • MCARDLE BUILDING • DOVER, DE 19904
PHONE: (302) 739-4208 • TOLL FREE: (800) 722-7300 • FAX: (302) 739-6129 • WWW.OMB.DELAWARE.GOV

      We will be in contact with you if additional information is required. When contacting our office, please provide us with the employee identification number (**Employee ID**) which is referenced at the top of this letter.

      In the meantime, if you have any questions, please feel free to contact any member of the Disability Section.

                                            Sincerely,

                                            OFFICE OF PENSIONS

*David C. Craik*

                                            David C. Craik  
                                            Pension Administrator

DCC: JLV  
def089