# EXHIBIT B

 

**APPROVED**

CASE FILE NO. 1432925
CARRIER FILE NO. 34

RECEIVED
WORKERS' COMPENSATION
STATE OF DELAWARE
2018 FEB 28 AM 11 02

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee: Melissa Smith Clemons
Address: 1189 Marl Pit Road
Middletown, DE  19709

Employer: New Castle County
Address: 87 Reads Way
New Castle, DE  19720

Insurance Carrier/Self-insurer: New Castle County
Address: Office of Risk Management
87 Reads Way
New Castle, DE  19720

Third party adjuster: N/A
Address:

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury: 9/23/15
Date Disability Began: _____
Cause/Place of Accident: Participating in motorcycle training
Nature/Part of Body: Left Upper Extremity (Left Hand)

Probable Length of Disability (if known): 12/29/17-unknown

The terms of this agreement under the above facts are as follows:

This agreement is for (check all that apply) _____ Total Disability __X__ Temporary Partial Disability

_____ Permanent Partial Disability _____ Disfigurement _____ Commutation _____ Medical Only

_____ Salary in Lieu of Workers' Compensation

That the said __Melissa Smith Clemons__ shall receive compensation at the rate of $ __679.63__ per week based upon an average weekly wage of $ __1445.30__ and that said compensation shall be payable __X__ weekly _____ bi-weekly _____ monthly _____ other (specify) from and including the _____ day of _____ month _____ year until terminated in accordance with the provisions of the Workers' Compensation Law of the State of Delaware.

See reverse side
BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED

CARRIER/SELF-INSURER/THIRD PARTY ADJUSTER OF ANY CHANGES IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE IN STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE II, DELAWARE CODE, SECTION 913.

Witness X _[signature]_ (signature)

Address 1689 Marl Pond, Middletown DE 19709

Employee X _[signature]_ (signature)

Adjuster/Attorney _[signature]_ Colleen Norris (signature)

Phone number (302) 395-5143

Date of agreement January 16, 2018

For Accounting Use Only:

Approved by _____

Date of Approval MAR 0 2 2018

[Stamp: RECEIVED 2018 FEB 28 AM — WORKERS' COMPENSATION STATE OF DELAWARE]

[Stamp: OWC - FISCAL UNIT]

Document No. 60-07-01-01-12/97





CASE FILE NO. 1432925

CARRIER FILE NO. 34

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee: Melissa Smith Clemons
Address: 1189 Marl Pit Road
Middletown, DE 19709

Employer: New Castle County
Address: 87 Reads Way
New Castle, DE 19720

Insurance Carrier/Self-insurer: New Castle County
Address: Office of Risk Management
87 Reads Way
New Castle, DE 19720

Third party adjuster: N/A
Address:

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury: 9/23/15                Date Disability Began: 
Cause/Place of Accident: Participating in motorcycle training
Nature/Part of Body: Left Upper Extremity (Left Hand)

Probable Length of Disability (if known): 12/29/17-unknown

The terms of this agreement under the above facts are as follows:

This agreement is for (check all that apply) _____ Total Disability __X__ Temporary Partial Disability _____ Permanent Partial Disability _____ Disfigurement _____ Commutation _____ Medical Only _____ Salary in Lieu of Workers' Compensation

That the said Melissa Smith Clemons shall receive compensation at the rate of $ 679.63 per week based upon an average weekly wage of $ 1445.30 and that said compensation shall be payable __X__ weekly _____ bi-weekly _____ monthly _____ other (specify) from and including the _____ day of _____ month _____ year until terminated in accordance with the provisions of the Workers' Compensation Law of the State of Delaware.

See reverse side
BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED

CARRIER/SELF-INSURER/THIRD PARTY ADJUSTER OF ANY CHANGES IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE IN STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE II, DELAWARE CODE, SECTION 913.

Witness X _____
(signature)

Address 1189 [illegible] Rd
Middletown DE 19707

Employee X _____
(signature)

Adjuster/Attorney _____ Colleen Norris
(signature)

Phone number (302) 395-5143

Date of agreement January 16, 2018

For Accounting Use Only:

OWC - FISCAL UNIT

Approved by _____

Date of Approval MAR 0 2 2018

2018 FEB 28 AM 11:02
WORKERS' COMPENSATION
STATE OF DELAWARE
RECEIVED

Document No. 60-07-01-01-12/97