# **EXHIBIT C**

default
default
default




CASE FILE NO. 1432925

CARRIER FILE NO. 34

# STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee: Melissa (Smith) Clemons
Address: 1189 Marl Pit Road
Middletown, DE 19709

Employer: New Castle County
Address: 87 Reads Way
New Castle, DE 19720

Insurance Carrier/Self-insurer: New Castle County
Address: Office of Risk Management
87 Reads Way
New Castle, DE 19720

Third party adjuster: N/A
Address: 

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury: 9/23/15

Date Disability Began: _____

Cause/Place of Accident: Participating in motorcycle training

Nature/Part of Body: 25 weeks Disfigurement to the left upper extremity

Probable Length of Disability (if known): N/A

The terms of this agreement under the above facts are as follows:

This agreement is for (check all that apply) _____ Total Disability _____ Temporary Partial Disability _____ Permanent Partial Disability __X__ Disfigurement _____ Commutation _____ Medical Only _____ Salary in Lieu of Workers' Compensation

That the said Melissa (Smith) Clemons shall receive compensation at the rate of $ 689.45 per week based upon an average weekly wage of $ 1445.30 and that said compensation shall be payable __X__ weekly _____ bi-weekly _____ monthly _____ other (specify) from and including the _____ day of _____ month _____ year until terminated in accordance with the provisions of the Workers' Compensation Law of the State of Delaware.

See reverse side
BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED

CARRIER/SELF-INSURER/THIRD PARTY ADJUSTER OF ANY CHANGES IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE IN STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE II, DELAWARE CODE, SECTION 913.

Witness X _____ Employee X _____
         (signature)                              (signature)

Address 1189 Marl Rd
        Middletown DE 19709

Adjuster/Attorney _____ /Colleen Norris
                      (signature)

Phone number  (302) 395-5143

Date of agreement  January 19, 2018

For Accounting Use Only:

OWC - FISCAL UNIT

Approved by _____

Date of Approval  MAR 0 2 2018

RECEIVED 2018 FEB 28 WORKERS' COMPENSATION STATE OF DELAWARE

Document No. 60-07-01-01-12/97

  

CASE FILE NO. 1432925

CARRIER FILE NO. 34

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee: Melissa (Smith) Clemons
Address: 1189 Marl Pit Road
Middletown, DE 19709

Employer: New Castle County
Address: 87 Reads Way
New Castle, DE 19720

Insurance Carrier/Self-insurer: New Castle County
Address: Office of Risk Management
87 Reads Way
New Castle, DE 19720

Third party adjuster: N/A
Address: ___

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury: 9/23/15

Date Disability Began: ___

Cause/Place of Accident: Participating in motorcycle training

Nature/Part of Body: 25 weeks Disfigurement to the left upper extremity

Probable Length of Disability (if known): N/A

The terms of this agreement under the above facts are as follows:

This agreement is for (check all that apply) ___ Total Disability   ___ Temporary Partial Disability   ___ Permanent Partial Disability   _X_ Disfigurement   ___ Commutation   ___ Medical Only   ___ Salary in Lieu of Workers' Compensation

That the said Melissa (Smith) Clemons shall receive compensation at the rate of $ 689.45 per week based upon an average weekly wage of $ $1445.30 and that said compensation shall be payable _X_ weekly ___ bi-weekly ___ monthly ___ other (specify) from and including the ___ day of ___ month ___ year until terminated in accordance with the provisions of the Workers' Compensation Law of the State of Delaware.

See reverse side

BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED

CARRIER/SELF-INSURER/THIRD PARTY ADJUSTER OF ANY CHANGES IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE IN STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE II, DELAWARE CODE, SECTION 913.

Witness X _____
(signature)

Address 1189 M___ P__ Rd
Middletown DE 19709

Employee X _____
(signature)

Adjuster/Attorney _____ Colleen Norris
(signature)

Phone number (302) 395-5143

Date of agreement January 19, 2018

RECEIVED 2018 FEB 23 AM 11 01 WORKERS' COMPENSATION STATE OF DELAWARE

For Accounting Use Only:

Approved by OWC - FISCAL UNIT

Date of Approval MAR 0 2 2018

Document No. 60-07-01-01-12/97

 

CASE NO. 1432925
CARRIER NO. 34

# STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## RECEIPT FOR COMPENSATION PAID

January 19, 2018

Received of <u>New Castle County</u> the sum of <u>$17,236.25</u> making in all the total sum of <u>$17,236.25</u> in settlement of compensation due for the <u>Disfigurement</u> of <u>Melissa (Smith) Clemons</u>.

Employee's Signature _____

Melissa (Smith) Clemons
1189 Marl Pit Road
Middletown, DE  19709

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits specified above on the date indicated. This form is not a release of the employer's or of the insurance carrier's workers' compensation liability. It is merely a receipt of compensation paid. The claimant has the right within five years after the date of the last payment to petition the Office of Workers' Compensation for additional benefits.

**NEW CASTLE COUNTY CLAIM # <u>NW-15-000155</u>**

**\*\*\* 25 weeks Disfigurement for the left hand \*\*\***

Document No. 60-07-01-02-12/97

 

CASE NO.   1432925
CARRIER NO.   34

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## RECEIPT FOR COMPENSATION PAID

January 19, 2018

Received of <u>New Castle County</u> the sum of <u>$17,236.25</u> making in all the total sum of <u>$17,236.25</u> in settlement of compensation due for the <u>Disfigurement</u> of <u>Melissa (Smith) Clemons</u>.

Employee's Signature X _____
Melissa (Smith) Clemons
1189 Marl Pit Road
Middletown, DE  19709

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits specified above on the date indicated.  This form is not a release of the employer's or of the insurance carrier's workers' compensation liability.  It is merely a receipt of compensation paid.  The claimant has the right within five years after the date of the last payment to petition the Office of Workers' Compensation for additional benefits.

**NEW CASTLE COUNTY CLAIM # <u>NW-15-000155</u>**

**\*\*\* 25 weeks Disfigurement for the left hand \*\*\***

Document No. 60-07-01-02-12/97