# **EXHIBIT D**



APPROVED

CASE FILE NO. 1432925
CARRIER FILE NO. 34

# STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee: Melissa (Smith) Clemons
Address: 1189 Marl Pit Road
Middletown, DE 19709

Employer: New Castle County
Address: 87 Reads Way
New Castle, DE 19720

Insurance Carrier/Self-insurer: New Castle County
Address: Office of Risk Management
87 Reads Way
New Castle, DE 19720

Third party adjuster: N/A
Address: ____

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury: 9/23/15
Date Disability Began: ____
Cause/Place of Accident: Participating in motorcycle training.
Nature/Part of Body: 66.5% permanent to the left upper extremity.

Probable Length of Disability (if known): ____

The terms of this agreement under the above facts are as follows:

This agreement is for (check all that apply) ____ Total Disability ____ Temporary Partial Disability
__X__ Permanent Partial Disability ____ Disfigurement ____ Commutation ____ Medical Only
____ Salary in Lieu of Workers' Compensation

That the said Melissa (Smith) Clemons shall receive compensation at the rate of $ 689.45 per week based upon an average weekly wage of $ 1445.30 and that said compensation shall be payable ____ weekly ____ bi-weekly ____ monthly __x (lump)__ other (specify) from and including the ____ day of ____ month ____ year until terminated in accordance with the provisions of the Workers' Compensation Law of the State of Delaware.

See reverse side
BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED

CARRIER/SELF-INSURER/THIRD PARTY ADJUSTER OF ANY CHANGES IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE IN STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE II, DELAWARE CODE, SECTION 913.

Witness X _____
(signature)

Address _____

Employee X _____
(signature)

Adjuster/Attorney _____ /Wilson B. Davis
(signature)

Phone number (302) 395-5135

Date of agreement 8/15/17

For Accounting Use Only:

**OWC - FISCAL UNIT**

Approved by _____

Date of Approval AUG 25 2017

Document No. 60-07-01-01-12/97

 

CASE FILE NO. 1432925
CARRIER FILE NO. 34

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee: Melissa (Smith) Clemons
Address: 1189 Marl Pit Road
Middletown, DE 19709

Employer: New Castle County
Address: 87 Reads Way
New Castle, DE 19720

Insurance Carrier/Self-insurer: New Castle County
Address: Office of Risk Management
87 Reads Way
New Castle, DE 19720

Third party adjuster: N/A
Address:

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury: 9/23/15
Date Disability Began: _____
Cause/Place of Accident: Participating in motorcycle training.
Nature/Part of Body: 66.5% permanent to the left upper extremity.

Probable Length of Disability (if known): _____

The terms of this agreement under the above facts are as follows:

This agreement is for (check all that apply) _____ Total Disability _____ Temporary Partial Disability
__X__ Permanent Partial Disability _____ Disfigurement _____ Commutation _____ Medical Only
_____ Salary in Lieu of Workers' Compensation

That the said Melissa (Smith) Clemons shall receive compensation at the rate of $ 689.45 per week based upon an average weekly wage of $ 1445.30 and that said compensation shall be payable _____ weekly _____ bi-weekly _____ monthly __x__ (lump) other (specify) from and including the _____ day of _____ month _____ year until terminated in accordance with the provisions of the Workers' Compensation

Law of the State of Delaware.                                                                 See reverse side
BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED

CARRIER/SELF-INSURER/THIRD PARTY ADJUSTER OF ANY CHANGES IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE IN STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE II, DELAWARE CODE, SECTION 913.

Witness X _____ (signature)

Employee X _____ (signature)

Address _____

Adjuster/Attorney _____ /Wilson B. Davis
                    (signature)

Phone number (302) 395-5135

Date of agreement 8/15/17

[Stamp: RECEIVED WORKERS' COMPENSATION STATE OF DELAWARE 2017 AUG 21 AM 11 31]

For Accounting Use Only:

Approved by **OWC - FISCAL UNIT**

Date of Approval AUG 25 2017

Document No. 60-07-01-01-12/97

 

CASE NO. 1432925

CARRIER NO. __34__

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## RECEIPT FOR COMPENSATION PAID

June 26, 2017

Received of <u>New Castle County</u> the sum of $<u>114,621.06</u> making in all the total sum of $<u>114,621.06</u> in settlement of compensation due for the <u>permanent impairment to the left upper extremity</u> of <u>Melissa (Smith) Clemons</u>.

Employee Signature _____
Melissa (Smith) Clemons
1189 Marl Pit Road
Middletown, DE 19709

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits specified above on the date indicated. This form is not a release of the employer's or of the insurance carrier's workers' compensation liability. It is merely a receipt of compensation paid. The claimant has the right within five years after the date of the last payment to petition the Office of Workers' Compensation for additional benefits.

**NEW CASTLE COUNTY CLAIM #** <u>NW-15-13066</u>

***66.5% (250 weeks) permanency for the left upper extremity***

Document No. 60-07-01-02-12/97

 

CASE NO. 1432925

CARRIER NO. ____34____

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## RECEIPT FOR COMPENSATION PAID

June 26, 2017

Received of <u>New Castle County</u> the sum of $<u>114,621.06</u> making in all the total sum of $<u>114,621.06</u> in settlement of compensation due for the <u>permanent impairment to the left upper extremity</u> of <u>Melissa (Smith) Clemons</u>.

Employee Signature _____
Melissa (Smith) Clemons
1189 Marl Pit Road
Middletown, DE 19709

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits specified above on the date indicated. This form is not a release of the employer's or of the insurance carrier's workers' compensation liability. It is merely a receipt of compensation paid. The claimant has the right within five years after the date of the last payment to petition the Office of Workers' Compensation for additional benefits.

**NEW CASTLE COUNTY CLAIM #** <u>NW-15-13066</u>

***66.5% (250 weeks) permanency for the left upper extremity***

Document No. 60-07-01-02-12/97