# EXHIBIT F

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

2015 - 2019

AGREEMENT

between

NEW CASTLE COUNTY

and

FRATERNAL ORDER OF POLICE, LODGE NO.5

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

01.19191151.2

AGREEMENT

This Agreement was entered into effective APRIL 1, 2015, by and between the Government of New Castle County, Delaware, hereinafter referred to as "the County," and the Fraternal Order of Police, New Castle County Lodge No. 5, hereinafter referred to as "the FOP."

For New Castle County:

_____          12.5.16
Honorable Thomas P. Gordon          Date
County Executive


For Fraternal Order of Police, Lodge #5:

_____          12/05/16
Michael Zielinski                   Date
President
Fraternal Order of Police, Lodge 5.


PURPOSE

(1) It is the purpose of this Agreement to promote and insure harmonious relations, cooperation and understanding between the County Government and the FOP unit covered hereby to insure true collective bargaining under State law, to establish salaries, hours, working conditions, pensions as permitted by applicable law, and other terms of employment, consistent with availability of public funds and with the goals and purposes of the Merit System as established by County Ordinance and Regulation. The County Government and the FOP jointly pledge their cooperation to work together in the public interest to secure continued improvement in the services offered to the citizens of New Castle County in accordance with the objectives of the Reorganization Act.

1

Employees attending any such hearings or conferences outside of regularly scheduled duty hours shall not be eligible for pay for attending such hearings or conferences. Employees subpoenaed by the Chief Human Resources Officer to attend hearings or conferences outside of regularly scheduled duty hours shall be paid for attending such hearings or conferences.

## GRIEVANCE PROCEDURE

(12) (a) A grievance is any unresolved question or dispute regarding the wages, hours, terms, or conditions of employment, including unresolved questions or disputes concerning the interpretation and application of this Agreement. Such grievance should state the section(s)/paragraph(s) of the Agreement claimed to be in violation.

(b) This procedure is designed to provide a peaceful and informal method of settling all such grievances while maintaining the professional integrity of employees covered by the Agreement. The parties agree that proceedings under this paragraph be kept informal and confidential as may be appropriate.

(c) The FOP is obligated, when reviewing or submitting complaints, grievances, appeals, or problems encountered, to make every reasonable effort to ascertain, document, and present the true facts relating to the situation in order to facilitate appropriate and timely resolution or action. The County agrees to make available to the FOP such records as the County and the FOP deem appropriate.

(d) It shall be the firm policy of the County to assure every such employee an unobstructed use of his/her grievance procedure without fear of reprisal or without prejudice in any manner to his/her professional status.

(e) Time limits as set forth herein may be extended, in writing, by Agreement of the parties.

(f) The workday as used in this grievance procedure shall be defined as Monday through Friday excluding holidays.

01:19191151.2

- current or former chiefs of police for New Castle County; or
- practicing attorneys, officers or grievance representatives of the FOP.

(17) Step Four: Appeal to Arbitration

    (a) The decision of the Step Three police grievance hearing officer following its hearing may be appealed to arbitration. Notice of appeal of such case to arbitration shall be filed with the other party within ten (10) working days after the final decision has been given in writing by the police grievance hearing officer in Step Three of this grievance procedure; otherwise, the case shall be considered settled on the basis of the decision so given.

    (b) The arbitrator shall be selected from the membership of the American Arbitration Association by mutual agreement of the County and the FOP. In the event the parties cannot agree on a selection within ten (10) working days after it is known that resort to arbitration must be had, such arbitrator shall be selected under the Voluntary Labor Arbitration Rules of the American Arbitration Association.

    (c) The decision of the arbitrator shall be final and binding on the parties, and the arbitrator shall be requested to issue his/her decision within thirty (30) days after the conclusion of testimony and argument.

    (d) The arbitration award shall be in writing and shall set forth the arbitrator's opinion and conclusions on the issue(s) submitted. The arbitrator shall be without power to make any decision contrary to or inconsistent with, or modifying or varying in any way, the terms of this Agreement. The arbitrator shall have no power to establish or change any wage rate or the job content of any classification or modification of any wage schedule.

    (e) In case of a grievance involving any continuing or other money claim against the County, no award shall be made by the arbitrator, which shall allow any alleged accruals prior to the date when such grievance shall have been presented to the County in writing